EXPLANATORY

## SHORT FILMS SYNDICATE v STANDARD FILM SERVICE CO

Ohio Appeals, 8th Dist, Cuyahoga Co
No. 11160.

## HALL v ORR-AULT CONSTR CO et

## ATKINSON v ORR-AULT CONSTR CO et

## WEHR v ORR-AULT CONSTR CO et

Ohio Appeals, 7th Dist, Monroe Co
Nos. 230, 231, 232. Decided April 30, 1930

John K. Sawyers, Jr., Woodsfield, for Hall, Atkinson and Wehr.

Thornburg & Lewis, St. Clairsville, for Orr-Ault Constr. Co.